**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| DAVID A. SPOONER, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:16-cv-50296 |
| | ) |
| v. | ) Judge Frederick J. Kapala |
| | ) |
| CENTRAL RUBBER COMPANY, | ) Magistrate Judge Iain D. Johnston |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A(ii) of the Federal Rules of Civil Procedure and the Agreement between Plaintiff DAVID A. SPOONER and Defendant CENTRAL RUBBER COMPANY (collectively "the Parties"), the Parties agree to dismiss this case with prejudice, with each party to bear its own attorneys' fees and costs. The Parties respectfully request that the Court enter an order dismissing this case in its entirety, with prejudice.

**STIPULATED AND AGREED TO:**

Date: February 16, 2017

By: /s/ Rene Hernandez  
    One of the Attorneys for Plaintiff

Rene Hernandez (ARDC No. 620746)  
**LAW OFFICE OF RENE HERNANDEZ, P.C.**  
1625 East State Street  
Rockford, Illinois 61104  
Telephone: 815.387.0261  
*rensone@aol.com*

By: /s/ Katherine A. Manuel  
    One of the Attorneys for Defendant

Tobias E. Schlueter (ARDC No. 6278392)  
Katherine A. Manuel (ARDC No. 6315551)  
**OGLETREE, DEAKINS, NASH,  
  SMOAK & STEWART, P.C.**  
155 North Wacker Dr., Ste. 4300  
Chicago, Illinois 60606-1731  
Telephone: 312.558.1220  
Facsimile: 312.807.3619  
*tobias.schlueter@ogletreedeakins.com*  
*katherine.manuel@ogletreedeakins.com*

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on February 16, 2017, the foregoing ***Joint Stipulation to Dismiss with Prejudice*** was filed electronically with the Clerk of Court using the ECF system, which will send electronic notification to the following:

      Tobias E. Schlueter, Esq.
      Katherine A. Manuel, Esq.
      **OGLETREE, DEAKINS, NASH,**
        **SMOAK & STEWART, P.C.**
      155 North Wacker Dr., Ste. 4300
      Chicago, Illinois 60606-1731
      Telephone: 312.558.1220
      Facsimile: 312.807.3619
      *tobias.schlueter@ogletreedeakins.com*
      *katherine.manuel@ogletreedeakins.com*

*Attorney for Defendant*

      /s/ Rene Hernandez
      One of the Attorneys for Plaintiff
      DAVID A. SPOONER

28700496.1