# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Western Division

David A. Spooner
                              Plaintiff,

v.                                           Case No.: 3:16–cv–50296
                                                            Honorable Frederick J. Kapala

Central Rubber Company
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 21, 2017:

      MINUTE entry before the Honorable Frederick J. Kapala: Pursuant to stipulation of parties, this case is dismissed with prejudice. Any pending motions are now moot and all court dates are canceled. Civil case terminated. Electronic notice(sb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.